Eileen T. Booth - 182974
Kurtis J. Anders - 269333
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.  (916) 971-4100
Fax   (916) 971-4150
e-mail: ebooth@jacobsenmcelroy.com
        kanders@jacobsenmcelroy.com

Attorneys for Defendant
CARA BAY APARTMENTS LLC (erroneously sued herein as CARABAY INVESTORS, LLC)

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES, | Case No.: 2:18-CV-00343-TLN-KJN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO PERMIT FILING OF AMENDED ANSWER BY CARA BAY APARTMENTS LLC** |
| CARABAY INVESTORS, LLC and DOES 1-20, inclusive, | |
| Defendant. | |

Plaintiff GUY JONES (hereafter "Plaintiff") and Defendant CARA BAY APARTMENTS LLC (erroneously sued herein as CARABAY INVESTORS, LLC) (hereafter "Defendant") hereby stipulate as follows:

1. Pursuant to Federal R. of Civ. Proc. Rule 15(a)(2), Defendant shall be permitted to file an amended answer to the complaint.
2. Defendant shall file the amended answer within five (5) days of service of the entry of the order granting this stipulated request.

-1-

*

Plaintiff and Defendant have agreed to this stipulation in order to resolve a dispute now pending between them concerning discovery propounded by Plaintiff and Defendant's responses thereto. Thus, the filing of an amended answer is in the interest of justice as it will permit the parties to resolve a pending dispute without the need for seeking relief from the court via noticed motion.

The Amended Answer will contain the following substantive changes:

1. Withdraws the ninth affirmative defense based on undue financial burden and adjusts the numbering for the other affirmative defenses accordingly.
2. Strikes the last dependent clause of the re-numbered twentieth affirmative defense, which previously stated a defense based on undue burden.

A copy of the Proposed Amended Answer is attached hereto as exhibit A.

IT IS SO STIPULATED:

DATED: August 28, 2018          **JACOBSEN & McELROY PC**

By: /s/ Kurtis J. Anders
    Eileen T. Booth
    Kurtis J. Anders
    Attorneys for Defendant
    CARA BAY APARTMENTS LLC
    (erroneously sued herein as CARABAY INVESTORS, LLC)

DATED: August 28, 2018                    **DERBY, MCGUINNESS & GOLDSMITH, LLP**

                                          By: /s/ Steven L. Derby
                                              Steven L. Derby
                                              Celia McGuinness
                                              Attorneys for Plaintiff GUY JONES

**SIGNATURE ATTESTATION**

Steven L. Derby provided authority to file this stipulation by affixing his electronic signature.

**ORDER**

Pursuant to the stipulation and in the interests of justice, Defendant CARA BAY APARTMENTS LLC (erroneously sued herein as CARABAY INVESTORS, LLC) is granted leave to file an Amended Answer. The Amended Answer shall be filed within five (5) days following service of this order.

**IT IS SO ORDERED**

Dated: August 31, 2018

Troy L. Nunley
United States District Judge

-3-