UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARABAY INVESTORS, LLC,<br><br>　　　　　Defendant. | No. 2:18-CV-00343-TLN-KJN<br><br>**ORDER SETTING STIPULATED DATE FOR COMPLETION OF NON-EXPERT DISCOVERY** |

The parties have stipulated to a date for the completion of discovery, except expert discovery, as contemplated in the Court's Initial Pretrial Scheduling Order, (ECF No. 3 at 2, Section III). (ECF No. 15.) Pursuant to that stipulation and in the interests of justice, the litigation deadlines for this action are modified as follows:

1. All discovery, with the exception of expert discovery, shall be completed no later than March 25, 2019.
2. All timelines set forth in the Court's initial pretrial scheduling order dated February 13, 2018, (ECF No. 3), shall be calculated based on the stipulated date of March 25, 2019, for completion of discovery.

IT IS SO ORDERED.

Dated: October 30, 2018

Troy L. Nunley
United States District Judge

1